IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Sondra M. Murdaugh, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Trinity Highway Products, LLC, )<br>)<br>Defendant. )<br>) | C/A No.: 5:17-3251-DCC-SVH<br><br><br>ORDER |

This matter comes before the court on the motion [ECF No. 13] of Trinity Highway Products, LLC ("Defendant") to compel Sondra M. Murdaugh ("Plaintiff") to produce responses to Defendant's First Set of Interrogatories and First Set of Requests for Production ("Discovery Requests"), which are attached to Defendant's motion at ECF No. 13-1.

The motion indicates that the Discovery Requests were first served on Plaintiff on March 6, 2018 and were also emailed to Plaintiff's counsel on April 16, 2018, as a courtesy. Defendant's motion indicates that Plaintiff has failed to respond to the Discovery Requests. [ECF No. 13 at 2–3].

In light of the foregoing, the court grants Defendant's motion to compel. Plaintiff is directed to provide responses to the discovery requests by June 20, 2018. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff is advised that failure to comply with the court's order

may result in a recommendation that this case be dismissed for failure to participate in discovery and/or sanctions, including payment of Defendants' attorneys' fees and costs in preparing such motions.

    IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

June 6, 2018                                Shiva V. Hodges
Columbia, South Carolina          United States Magistrate Judge